IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07 CR 271-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| | ) | |
| ELFRIEDE M. MUSSOLINO | ) | INFORMATION |

The United States Attorney charges that:

On or about the 19th of May 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, ELFRIEDE M. MUSSOLINO did knowingly steal, purloin, conceal and retain, with intent to convert to her use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a pair of earrings, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Emily M. Ruisanchez*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA        )    AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 19th of May 2007, at approximately 3:00 P.M., SPC Ballenger and I received a call to go the PX to handle a shoplifting incident. Upon arrival, we met with Mrs. Linda Scott, PX Security, and she showed us a video of ELFRIEDE M. MUSSOLINO. The video showed MUSSOLINO take earrings from the shelf, remove the earrings from their cardboard holder, put the earrings in her purse, and place the empty cardboard holder in a magazine in the magazine section of the PX. MUSSOLINO then proceeded to walk around the store for a bit before leaving. When MUSSOLINO exited the store, she was apprehended and brought to the MP Station where she was advised of her legal rights. MUSSOLINO invoked her rights and refused to make a statement. She was further processed and released on her own recognizance. The earrings were returned to AAFES stock; their estimated value is $6.38.

DEREK D. TAYLOR, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 02 day of October 2007.

NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS