IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )            CR NO.  1:07cr271
                                    )
ELFRIEDE M. MUSSOLINO                         )

# ORDER ON MOTION

On November 29, 2007,  the defendant, ELFRIEDE M. MUSSOLINO, filed a motion for appointment of counsel.  Upon further review, the court finds that the defendant, ELFRIEDE M. MUSSOLINO, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Therefore, it is

ORDERED that the motion is GRANTED.  The Clerk shall appoint the Public Defender to represent the defendant for all further proceedings.  The Public Defender shall file a notice of appearance in the above-styled case.

Date:   November 30th , 2007

/s/ Walace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE