IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO.:1:07cr271-WC |
| ) | |
| ELFRIEDE M. MUSSOLINO ) | |

## **ORDER ON MOTION**

For good cause, it is

ORDERED that the Defendant's Motion to Continue Trial, filed on February 26, 2008 (Doc #14), is GRANTED and the trial in this case is continued generally. Counsel for the parties shall file a joint status report as relates to pretrial diversion in this case by March 31, 2008.

DONE this 28th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE