UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00271-WC |
| | ) | |
| ELFRIEDE M. MUSSOLINO | ) | |

### MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on October 29, 2007.

2. Ms. Mussolino was arraigned on January 8, 2008.

3. Ms. Mussolino submitted a request for pre-trial diversion on February 5, 2008.

4. A pre-trial diversion agreement is currently with the U.S. Probation Office, pending signature approval.

Respectfully submitted this the 28th day of March, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 1:07-CR-00271-WC |
| | ) |
| **ELFRIEDE M. MUSSOLINO** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for Elfriede M. Mussolino, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Elfriede M. Mussolino.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil