UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00271-WC |
| | ) | |
| ELFRIEDE M. MUSSOLINO | ) | |

### MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on October 29, 2007.

2. Ms. Mussolino was arraigned on January 8, 2008.

3. Ms. Mussolino submitted a request for pre-trial diversion on February 5, 2008.

4. A pre-trial diversion agreement is currently with the U.S. Probation Office, pending signature approval.

Respectfully submitted this the 28th day of March, 2008.



MOTION GRANTED THIS ___ DAY OF March, 2008
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil