IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-cr-271-WC** |
| ) | |
| **ELFRIEDE M. MUSSOLINO** ) | |

**STATUS REPORT**

**NOW COMES** the Defendant, **ELFRIEDE M. MUSSOLINO**, by and through the undersigned counsel, Michael J. Petersen, and pursuant to this Court's Order of February 28, 2008 (Doc #15), provides the following status report:

1. Ms. Mussolino's Pretrial Diversion Report has been completed by the United States Probation Office and transmitted on March 28, 2008 to undersigned counsel by Officer Robert Pitcher. Undersigned counsel has forwarded the same to both Assistant United States Attorney Kent Brunson and Special Assistant United States Attorney Emily Ruisanchez.

2. Undersigned counsel concurs with and adopts paragraphs 1 through 4 of the government's Motion for Leave to File Status Report. (Doc #16).

Dated this 28th day of March 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-cr-271-WC** |
| ) | |
| **ELFRIEDE M. MUSSOLINO** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U.S. Attorney and Emily M. Ruisanchez Special Assistant U.S. Attorney.

    Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M